#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE HILLEY | : |
| | :    24-cv-665-JMY |
| vs. | : |
| | : |
| TJX COMPANIES, INC., et al. | : |

### ORDER

**AND NOW**, this 30th day of April, 2024, upon consideration of the Motion to Remand to State Court (ECF No. 13) filed by the Plaintiff, and all papers filed in support thereof and in opposition thereto, it is hereby **ORDERED** that said Motion shall be **GRANTED**, and this matter shall be remanded to the Philadelphia County Court of Common Pleas in the First Judicial District of Pennsylvania pursuant to 28 U.S.C. § 1447(c).

BY THE COURT:

   /s/ John Milton Younge
Judge John Milton Younge